*So ordered. The sentencing is hereby rescheduled to March 11, 2005 at 1:00 p.m.*

*Granted. Robert N. Chatigny U.S.D.J.*
*November 29, 2004.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 NOV 29 A 9:34
U.S. DISTRICT COURT
HARTFORD, CT.

-----------------------------------X
UNITED STATES OF AMERICA

v.   No. 3:03 Cr 198 (RNC)

DONNA JOHNSON
-----------------------------------X

FILED 2004 DEC -6 P 2:05 U.S. DISTRICT COURT HARTFORD, CT.

### MOTION TO CONTINUE SENTENCING

The Defendant in the above-entitled action, by and through counsel, respectfully moves that the Defendant's sentencing, presently scheduled for December 10, 2004, be continued to a date in February, 2004 that is convenient for the Court.

### Background

The Defendant underwent hip-replacement surgery earlier this year. She suffered physical setbacks in her rehabilitation from that injury, which had impeded her progress. These physical setbacks, including falling in a hospital, had required her doctors to increase her pain medication significantly, which limited her ability to participate in any meaningful activity. She was unable to walk, or to sit in an upright position. She had a series of medical appointments scheduled concerning these issues, and those relating to a severe and debilitating back condition. That is the reason the case had been previously continued.

On October 11, 2004, the defendant underwent exploratory back surgery at Temple Medical Center, in New Haven. That exploratory surgery confirmed that she must immediately undergo back surgery, and that her condition has worsened, something her doctors had previously believed. As a result of her back condition, compounded by a November 4 knee procedure, which caused swelling and internal bleeding, she continues