UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
**UNITED STATES OF AMERICA**


**v.**                                                                  No. 3:03 Cr 198 (RNC)


**DONNA JOHNSON**
------------------------------------------------------X

MOTION TO CONTINUE SENTENCING

     The Defendant in the above-entitled action, by and through counsel, respectfully moves that the Defendant's sentencing, presently scheduled for March 11, 2005, be continued to a date in April, 2005 that is convenient for the Court.

Background

     The Defendant underwent hip-replacement surgery last year. She suffered physical setbacks in her rehabilitation from that injury, which had impeded her progress toward recovery. These physical setbacks, including falling in a hospital, had required her doctors to increase her pain medication significantly, which limited her ability to participate in any meaningful activity. She was unable to walk, or to sit in an upright position. She had a series of medical appointments scheduled concerning these issues, and those relating to a severe and debilitating back condition.  That is the reason the case had been previously continued last Fall.

     On October 11, 2004, the defendant underwent exploratory back surgery at Temple Medical Center, in New Haven.  That exploratory surgery confirmed that she had to immediately undergo back surgery, and that her condition had worsened, something her doctors had previously believed. As a result of her back condition, compounded by a November 4 knee procedure, which caused swelling and internal bleeding, she continued to lack the flexibility to accomplish routine tasks, such as dressing, or standing for that matter. After a spinal mapping procedure in December, 2004, the back-fusion surgery

was performed on February 14, 2005. Ms. Johnson is presently recovering from that surgery.

The physical difficulties experienced by Ms. Johnson as a result of her most recent three surgeries have been summarized for counsel, and now for the Court by her husband, Walter:

> These conditions have followed and are ongoing after three major procedures involving surgery. The fist two led to complications involving further surgical procedures. #1 was the removal of excess cartilage on the right hip due to the loss of feeling and ability to bare weight. After this surgery a deep infection of the wound area came about and required an additional 30 day private germ free room stay to get the infection under control and then begin the healing process. #2 was Hip Replacement Surgery on the left side which was successful but during home recovery a slip and fall occurred and resulted in a lengthwise split of the femur bone. This required immediate surgery to install wire and bracing around the effected area for healing and continued recovery from hip replacement. #3 was major spine surgery which involved the complete replacement of one vertebrae and fusion of a second one with permanent rod bracing installed along the sides of the area. At this time following these procedures even while being on a safe level of medication Donna experiences constant pain of different levels and the loss of use and feeling of the left leg at various times of the day everyday. Donna is confined to a couch for most of the day and when she does have to get up she must strap on a custom made back brace before standing up. She cannot get up or walk without the use of crutches. [Some details deleted due to the private and potentially embarrassing nature of the disclosure]. Walking distance has to be limited to around 25 feet or she becomes exhausted and needs to stop and rest. She is unable to fully dress herself or make meals showers, etc., on her own. She has been fitted with an electrical stimulation device that has to be worn 24 hours a day to promote healing of the spine surgery and will need to be worn for at least six to nine months. Another surgery is planned for the removal of the brace hardware in the left thigh from the split femur. This will be done following the complete healing of the spine surgery [w]hich could be from 12 to 24 months per doctors['] estimation.

As explained to the Court previously, the Defendant also suffers from other significant medical impairments, which continue to impact her, and for which she continues to receive medical attention. The defendant continues to require a high dose of Fentanyl (pain killer), neuroton (for nerve rehabilitation), and other medications to treat muscle spasms, severe migraine headaches, and other physical problems. There are no surgeries scheduled for the immediate future.

The draft PSR was made available to counsel late last week. Counsel is in the process of obtaining a comprehensive record of Ms. Johnson's medical history to submit to the United States Probation Office and to the Court in advance of sentencing. An adjournment serves the interest of justice in that it will allow counsel an opportunity to fully and accurately respond to the PSR, obtain and provide critical documentation concerning the Ms. Johnson's most recent operation and her prognosis, and allow a minimal time for her to convalesce.

For this reason, it is in the interest of justice to continue this case for sentencing.

Assistant United States Attorney Gordon Hall has been contacted concerning this request and counsel is awaiting his response.

Respectfully submitted,
Robert Y. Altchiler
Attorney for Defendant
Donna Johnson
181 Old Post Road
Southport, CT 06890
Tel.: 203.255.0101
Fax: 877.495.5970
ALTCHLAW@AOL.COM

Dated: March 4, 2005
Southport, CT

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was sent via electronic mail to Assistant United States Attorney Gordon Hall, at <u>Gordon.hall@usdoj.gov</u>, on this fourth day of March, 2005.

_____
Robert Y. Altchiler