

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------X

## UNITED STATES OF AMERICA

**v.**                                                     No. 3:03 Cr 198 (RNC)

## DONNA JOHNSON
-------------------------------------------------X

2005 MAR -7 A 10: 28

<u>MOTION TO CONTINUE SENTENCING</u>

The Defendant in the above-entitled action, by and through counsel, respectfully moves that the Defendant's sentencing, presently scheduled for March 11, 2005, be continued to a date in April, 2005 that is convenient for the Court.

<u>Background</u>

The Defendant underwent hip-replacement surgery last year. She suffered physical setbacks in her rehabilitation from that injury, which had impeded her progress toward recovery. These physical setbacks, including falling in a hospital, had required her doctors to increase her pain medication significantly, which limited her ability to participate in any meaningful activity. She was unable to walk, or to sit in an upright position. She had a series of medical appointments scheduled concerning these issues, and those relating to a severe and debilitating back condition. That is the reason the case had been previously continued last Fall.

On October 11, 2004, the defendant underwent exploratory back surgery at Temple Medical Center, in New Haven. That exploratory surgery confirmed that she had to immediately undergo back surgery, and that her condition had worsened, something her doctors had previously believed. As a result of her back condition, compounded by a November 4 knee procedure, which caused swelling and internal bleeding, she continued to lack the flexibility to accomplish routine tasks, such as dressing, or standing for that matter. After a spinal mapping procedure in December, 2004, the back-fusion surgery

March 9, 2005. Granted. The sentencing is hereby rescheduled to April 22, 2005 at 1:00 p.m. ordered.

Robert N. Chatigny, U.S.D.J.